# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KHARI VARNER, et al., | Case No.: 2:25-cv-00646-APG-MDC |
| Plaintiffs | **Order Dismissing Case** |
| v. | |
| CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, et al., | |
| Defendants | |

On December 2, 2025, plaintiff Khari Varner was advised by the court that this action would be dismissed without prejudice unless by January 1, 2026, Varner either filed proper proof of service or showed good cause why such service was not timely made. Varner has failed to do so. Varner filed a return of service for one defendant, but that service was not accomplished by the service deadline established in Magistrate Judge Couvillier's order. ECF No. 13 at 5. Varner has not shown, or attempted to show, good cause for his failure to timely serve any of the defendants.

I THEREFORE ORDER that the above-entitled action is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 7th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE